Jackie **DENMARK**, Plaintiff-Appellant,

v.

**CPL. D. P. STARCHER, individually and in his official capacity as a Trooper with the West Virginia State Police, Defendant-Appellee.**

No. 16-1444

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2017

Decided: March 31, 2017

Henry E. Wood, III, WOOD LAW OFFICE, LC, Charleston, West Virginia, for Appellant. Gary E. Pullin, Wendy E. Greve, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Charleston, West Virginia, for Appellee.

Before WILKINSON, KING, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Having carefully assessed the record on appeal and the briefs of the parties, we are satisfied that oral argument would not assist the decision-making process in this matter. The panel has agreed to affirm the judgment of the district court on the basis of its comprehensive and well-crafted opinion of July 12, 2016. *See Denmark v. Starcher*, No. 1:14-cv-00058 (N.D. W. Va. July 12, 2016), ECF No. 91.

*AFFIRMED*